# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (WESTERN DIVISION)

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>BARTLEIN & COMPANY, INC.; BARTLEIN GROUP, INC.; ROBERT HALF INTERNATIONAL, INC. dba OFFICE TEAM, a Delaware Corporation; NATALIE MUMM; KELLY JOHNSON; and JOHN FRANCIS SACKO,<br><br>Defendants. | Case No. 2:15-cv-08361 JFW (Ex)<br><br>[~~PROPOSED~~] ORDER ON JOINT APPLICATION FOR PROTECTIVE ORDER<br><br>[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE CHARLES F. EICK]<br><br>Complaint Filed: October 26, 2015<br>Trial Date: September 20, 2016 |

Upon review of and based upon the Stipulation and Joint Application for Protective Order (the "Stipulation") made by the parties to the above-captioned action (the "Coverage Action"), and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The protective order issued on October 6, 2015 in Santa Barbara County Superior Court case no. 1469971 (the "Underlying Action") and attached to the Stipulation as Exhibit A (the "Underlying Protective Order") shall govern the disclosure and use of Confidential Information in the Coverage Action;

2. Western Heritage Insurance Company ("WHIC") shall be bound by the

Underlying Protective Order and shall be treated as a "party," as that term is used in the Underlying Protective Order, with all the rights and obligations of a "party" thereto;

3. Subject to any and all appropriate objections other than confidentiality, Confidential Information disclosed or produced in either the Underlying Action or the Coverage Action may be used for the purposes of the prosecution, defense or settlement of the claims asserted in the Underlying Action or the Coverage Action, any pre-trial, trial, re-trial and appeal of the Underlying Action or the Coverage Action and the enforcement of any award or judgment based on such claims, but not for any other purpose prohibited by the Underlying Protective Order;

4. Procedures in the Underlying Protective Order which cite to or rely upon provisions of the California Code of Civil Procedure or the California Rules of Court shall, when applicable or employed in the Coverage Action, be governed by equivalent or similar provisions of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Central District of California and/or the policies and procedures of the assigned United States District Court Judge and/or Magistrate Judge.

Dated: 3/2/16

_____
Hon. Charles F. Eick
UNITED STATES MAGISTRATE JUDGE