**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 15-8361-JFW (Ex)**                                             Date: September 7, 2016

Title:   Western Heritage Insurance Company -v- Bartlein and Company, Inc., et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                              **None Present**
   **Courtroom Deputy**                                            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                     None

**PROCEEDINGS (IN CHAMBERS):**             **ORDER TO SHOW CAUSE**

   Pursuant to the Court's Scheduling and Case Management Order filed December 29, 2015 [Docket No. 39], the parties were ordered to file Findings of Fact and Conclusions of Law and Declarations of Witness Direct Testimony on September 6, 2016.

   The Court orders lead counsel for Bartlein & Company, Inc. and Bartlein Group, Inc. and Johnson and Sacko to show cause in writing by September 8, 2016 why they should not be sanctioned in the amount of $2,500.00 each for their failure to file the required Findings of Fact and Conclusion of Law.  In addition, the Court orders lead counsel for all parties to show cause in writing by September 8, 2016 why they should not be sanctioned in the amount of $2,500.00 each for their failure to file the required Declarations of Witness Direct Testimony.

   No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

   IT IS SO ORDERED.