JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BARTLEIN & COMPANY, INC.; BARTLEIN GROUP, INC.; ROBERT HALF INTERNATIONAL, INC. dba OFFICE TEAM, a Delaware corporation; NATALIE MUMM; KELLY JOHNSON; and JOHN FRANCIS SACKO,<br><br>    Defendants. | Case No. 2:15-cv-08361 JFW (Ex)<br><br>JUDGMENT<br><br>Judge:  Hon. John F. Walter<br>Complaint Filed: 10/26/2015<br><br>Trial    :    9/20/2016<br>Time    :    8:30 a.m.<br>Location:  Courtroom 16 |

    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    This matter came on for a Court Trial on September 20, 2016.

    For the reasons set forth in the Findings of Fact and Conclusions of Law (Docket#122) on October 19, 2016, IT IS ORDERED AND ADJUDGED that:

Selman Breitman LLP
ATTORNEYS AT LAW

720145.1 257.39004

Judgment is entered in favor of Western Heritage Insurance Company ("WHIC") and against all defendants on its claim for Declaratory Relief that it owes no duty to indemnify defendants Bartlein & Company, Inc., Bartlein Group, Inc., and Natalie Mumm, or any of them, with respect to the underlying action styled *Kelly Johnson and John Francis Sacko v. Natalie Mumm; Bartlein & Company, Inc.; and Does 1 – 25*, Santa Barbara Superior Court Case No. 1469971.

The Court orders that such judgment be entered.

Dated: November 4, 2016  _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE